UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERRIE DEKKER, KAREN BARAJAS as executor of the Estate of Thompson Bryson, MARLENE ROGERS, DANIEL THOMPSON, JAE CHONG, MARCI HULSEY, CINDY PIINI, PHYLLIS RUNYON, GENNIE HILLIARD, and JUAN BAUTISTA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VIVINT SOLAR, INC., VIVNT SOLAR HOLDINGS, INC., VIVINT SOLAR DEVELOPER, LLC, VIVINT SOLAR PROVIDER, LLC, and DOES 1 through 50, inclusive,<br><br>Defendants. | No. C 19-07918 WHA<br><br>**ORDER DENYING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |

Good cause not shown, the Court **DENIES** the parties' request to continue the case management conference. The case management conference remains on calendar for **MARCH 12, 2020, AT 11:00 A.M.**

**IT IS SO ORDERED.**

Dated: February 13, 2020.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE