1  CHET A. KRONENBERG (SBN: 222335)
   ckronenberg@stblaw.com
2  SIMPSON THACHER & BARTLETT LLP
   1999 Avenue of the Stars, 29th Floor
3  Los Angeles, California  90067
   Telephone:     (310) 407-7500
4  Facsimile:     (310) 407-7502

5  WYATT A. HONSE (SBN: 316802)
   wyatt.honse@stblaw.com
6  SIMPSON THACHER & BARTLETT LLP
   2475 Hanover Street
7  Palo Alto, California 94304
   Telephone:     (650) 251-5000
8  Facsimile:     (650) 251-5002

9  *Attorneys for Vivint Solar, Inc., Vivint Solar
   Holdings, Inc., Vivint Solar Developer, LLC,*
10 *and Vivint Solar Provider, LLC*

11

12                  UNITED STATES DISTRICT COURT

13              FOR THE NORTHERN DISTRICT OF CALIFORNIA

14                       SAN FRANCISCO DIVISION

15

| | |
|---|---|
| 16  GERRIE DEKKER, KAREN BARAJAS as executor of the Estate of Thompson Bryson, MARLENE ROGERS, DANIEL THOMPSON, JAE CHONG, MARCI HULSEY, CINDY PIINI, PHYLLIS RUNYON, GENNIE HILLIARD, and JUAN BAUTISTA, individually and on behalf of all others similarly-situated, | Case No. 3:19-cv-07918-WHA |
| 17 | |
| 18 | **NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT; REPRESENTATION STATEMENT** |
| 19 | |
| 20                              Plaintiffs, | Complaint Filed: December 3, 2019 |
| 21                    v. | Trial Date: February 16, 2021 |
| 22  VIVINT SOLAR, INC., VIVINT SOLAR HOLDINGS, INC., VIVINT SOLAR DEVELOPER, LLC, and VIVINT SOLAR PROVIDER, LLC, DOES 1 through 50, inclusive, | |
| 23 | |
| 24 | |
|                              Defendants. | |
| 25 | |

26

27

28

NOTICE OF APPEAL; REPRESENTATION STATEMENT                    CASE NO. 3:19-CV-07918-WHA

PLEASE TAKE NOTICE that Defendants Vivint Solar, Inc., Vivint Solar Holdings, Inc., Vivint Solar Developer, LLC, and Vivint Solar Provider, LLC (collectively, "Defendants") hereby appeal to the United States Court of Appeals for the Ninth Circuit from the Order Re Arbitration and Motion to Dismiss (Dkt. No. 47) entered on March 24, 2020 in the above-captioned case.  This appeal is permitted by 9 U.S.C. § 16(a).  Defendants' Representation Statement is attached to this Notice of Appeal as required by Circuit Rule 3-2(b).

Dated:  March 31, 2020

SIMPSON THACHER & BARTLETT LLP


By  /s/ Chet A. Kronenberg
CHET A. KRONENBERG (SBN: 222335)
ckronenberg@stblaw.com
1999 Avenue of the Stars, 29th Floor
Los Angeles, California  90067
Telephone:  (310) 407-7500
Facsimile:   (310) 407-7502

WYATT A. HONSE (SBN: 316802)
wyatt.honse@stblaw.com
2475 Hanover Street
Palo Alto, California 94304
Telephone:  (650) 251-5000
Facsimile:   (650) 251-5002

*Attorneys for Defendants Vivint Solar, Inc., Vivint Solar Holdings, Inc., Vivint Solar Developer, LLC, and Vivint Solar Provider, LLC*

# NINTH CIRCUIT RULE 3-2 REPRESENTATION STATEMENT

Pursuant to Ninth Circuit Rule 3-2 and Fed. R. App. P. 12(b), the following list identifies the parties to the action and the names, addresses and telephone numbers of their respective counsel:

1. Plaintiffs Gerrie Dekker, Karen Barajas as executor of the Estate of Thompson Bryson, Marlene Rogers, Daniel Thompson, Jae Chong, Marci Hulsey, Cindy Piini, Phyllis Runyon, Gennie Hilliard, and Juan Bautista:

>  COREY B. BENNETT (SBN: 267816)
>  1330 Broadway, Suite 428
>  Oakland, California 94612
>  Telephone: (510) 227-3998
>  Facsimile: (310) 531-1901
>
>  MATTHEW J. MATERN (SBN: 159798)
>  JOSHUA D. BOXER (SBN: 226712)
>  1230 Rosencrans Avenue, Suite 200
>  Manhattan Beach, California 90266
>  Telephone: (310) 531-1900
>  Facsimile: (310) 531-1901
>  mmatern@maternlawgroup.com
>  jboxer@maternlawgroup.com

2. Defendants Vivint Solar, Inc., Vivint Solar Holdings, Inc., Vivint Solar Developer, LLC, and Vivint Solar Provider, LLC:

>  CHET A. KRONENBERG (SBN: 222335)
>  ckronenberg@stblaw.com
>  1999 Avenue of the Stars, 29th Floor
>  Los Angeles, California 90067
>  Telephone:  (310) 407-7500
>  Facsimile:   (310) 407-7502
>
>  WYATT A. HONSE (SBN: 316802)
>  wyatt.honse@stblaw.com
>  2475 Hanover Street
>  Palo Alto, California 94304
>  Telephone:  (650) 251-5000
>  Facsimile:   (650) 251-5002

1 | Dated: March 31, 2020

2 |                                         SIMPSON THACHER & BARTLETT LLP

4 |                                         By  */s/ Chet A. Kronenberg*
   |                                             CHET A. KRONENBERG (SBN: 222335)
5 |                                             ckronenberg@stblaw.com
   |                                             1999 Avenue of the Stars, 29th Floor
6 |                                             Los Angeles, California  90067
   |                                             Telephone:  (310) 407-7500
7 |                                             Facsimile:   (310) 407-7502

8 |                                             WYATT A. HONSE (SBN: 316802)
   |                                             wyatt.honse@stblaw.com
9 |                                             2475 Hanover Street
   |                                             Palo Alto, California 94304
10|                                             Telephone:  (650) 251-5000
   |                                             Facsimile:   (650) 251-5002

12|                                             *Attorneys for Defendants Vivint Solar, Inc.,*
   |                                             *Vivint Solar Holdings, Inc., Vivint Solar*
   |                                             *Developer, LLC, and Vivint Solar Provider, LLC*