# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## SETTLEMENT CONFERENCE MINUTES

| **Date:** May 28, 2020 | **Time:** 30 mins | **Judge:** Kandis A. Westmore |
|---|---|---|
| **Case No.**: 19-cv-07918-WHA | **Case Name:** Dekker v. Vivint Solar, Inc. | |

**For Plaintiff(s):** Corey Bennett
**For Defendant(s):** Chet Kronenberg, Wyatt Honse

**Deputy Clerk:** Doug Merry      **Court Reporter:** Not reported

## PROCEEDINGS

Telephonic Scheduling Conference held.

A settlement conference was not scheduled. The parties will meet and confer regarding whether to go to private mediation.