UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERRIE DEKKER, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>VIVINT SOLAR, INC., et al.,<br><br>    Defendants. | Case No. 19-cv-07918-WHA   (KAW)<br><br>**CLERK'S NOTICE SETTING SETTLEMENT CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

This matter was referred to Magistrate Judge Kandis A. Westmore for settlement purposes. You are hereby notified that a settlement conference is scheduled for November 13, 2020 at 11:00 A.M., at the U.S. District Court, 1301 Clay Street, Oakland, California. For courtroom number and floor information, please check the Court's on-line calendar at http://www.cand.uscourts.gov, on the Friday prior to the settlement conference. Confidential settlement conference statements shall be lodged with the Court no later than November 6, 2020. Parties are referred to Judge Westmore's Settlement Conference Standing Order at https://www.cand.uscourts.gov/kaworders.

Dated: June 4, 2020

Susan Y. Soong
Clerk, United States District Court

_____
Doug Merry, Deputy Clerk to the
Honorable KANDIS A. WESTMORE