| | |
|---|---|
| **From:** | Honse, Wyatt |
| **To:** | SClisham@jamsadr.com |
| **Cc:** | Corey Bennett; Joshua D. Boxer; Matthew Matern; Lupe Olarra; Kronenberg, Chet A; Waschak, Jacob |
| **Subject:** | Thompson, Daniel vs. Vivint Solar, Inc., et al. (JAMS Ref No. 1210037432) and Related Cases -- Respondents' Answering Statements and Counterclaim |
| **Date:** | Thursday, May 14, 2020 9:59:49 AM |
| **Attachments:** | Piini - Answer to Arb Demand & Counterclaim.pdf |
| | Rogers - Answer to Arb Demand.pdf |
| | Runyon - Answer to Arb Demand.pdf |
| | Thompson - Answer to Arb Demand.pdf |
| | Barajas - Answer to Arb Demand.pdf |
| | Chong - Answer to Arb Demand.pdf |
| | Hilliard - Answer to Arb Demand.pdf |
| | Hulsey - Answer to Arb Demand.pdf |

Good Morning Sharon,

Attached please find **Respondents' Answering Statement to Claimant's Demand for Arbitration** in the above-captioned case.  Per your guidance this morning, also attached please find the following:

- **Respondents' Answering Statement to Claimant's Demand for Arbitration** in *Marlene Rogers v. Vivint Solar, Inc., et al.*
- **Respondents' Answering Statement to Claimant's Demand for Arbitration** in *Marci Hulsey v. Vivint Solar, Inc., et al.*
- **Respondents' Answering Statement to Claimant's Demand for Arbitration** in *Gennie Hilliard v. Vivint Solar, Inc., et al.*
- **Respondents' Answering Statement to Claimant's Demand for Arbitration** in *Jae Chong v. Vivint Solar, Inc., et al.*
- **Respondents' Answering Statement to Claimant's Demand for Arbitration** in *Phyllis Runyon v. Vivint Solar, Inc., et al.*
- **Respondents' Answering Statement to Claimant's Demand for Arbitration** in *Karen Barajas as executor of the Estate of Thompson Bryson v. Vivint Solar, Inc., et al.*
- **Respondents' Answering Statement to Claimant's Demand for Arbitration and Counterclaim** in *Cindy Piini v. Vivint Solar, Inc., et al.*

Best regards,
Wyatt

_____

Wyatt Honse
Simpson Thacher & Bartlett LLP
2475 Hanover Street
Palo Alto, CA 94304

T: +1-650-251-5168
wyatt.honse@stblaw.com

**EXHIBIT B**