UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GERRIE DEKKER, et al.,

    Plaintiffs,

v.

VIVINT SOLAR, INC., et al.,

    Defendants.

No. C 19-07918 WHA

**ORDER REQUESTING SUPPLEMENTAL FILINGS**

With respect to plaintiffs' pending motion to vacate the order compelling arbitration, each party **SHALL** submit: (1) all JAMS invoices it received regarding the Barajas, Hilliard, Husley, Piini, and Rogers matters; (2) all JAMS Notice of Intent letters received in the same matters, including any that have been issued since plaintiffs filed this motion; and (3) any other communications with JAMS about payment due dates.

Each party **SHALL** also submit the full legislative history of California Code of Civil Procedure § 1281.97. Finally, each party **SHALL** advise the Court of the meaning of the phrase "due date" as construed in words and phrases references and California statute and decisional law. Counsel shall take care to cite *all* authority on point, going in either direction.

All submissions are due **JULY 31 AT NOON**.

**IT IS SO ORDERED.**

Dated: July 28, 2020.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE