**FILED**

NOV 18 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| GERRIE DEKKER; et al.,<br><br>    Plaintiffs-Appellees,<br><br>v.<br><br>VIVINT SOLAR, INC.; et al.,<br><br>    Defendants-Appellants. | No.   20-16584<br><br>D.C. No. 3:19-cv-07918-WHA<br>Northern District of California,<br>San Francisco<br><br>ORDER |

Before: CLIFTON and LEE, Circuit Judges.

Appellants' motion to partially stay the district court action pending resolution of this appeal (Docket Entry No. 5) is denied. *See Leiva-Perez v. Holder*, 640 F.3d 962, 964 (9th Cir. 2011).

The briefing schedule previously established remains in effect.

KWH19-19/MOATT