Fred Norton (CA SBN 224725)
Bree Hann (CA SBN 215695)
George Harris (CA SBN 111074)
THE NORTON LAW FIRM PC
299 Third Street, Suite 106
Oakland, CA 94607
Telephone: (510) 906-4907
fnorton@nortonlaw.com
bhann@nortonlaw.com
gharris@nortonlaw.com

*Attorneys for Vivint Solar, Inc., Vivint Solar Holdings, Inc., Vivint Solar Developer, LLC, and Vivint Solar Provider, LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GERRIE DEKKER, KAREN BARAJAS as executor of the Estate of Thompson Bryson, MARLENE ROGERS, DANIEL THOMPSON, JAE CHONG, MARCI HULSEY, CINDY PIINI, PHYLLIS RUNYON, GENNIE HILLIARD, and JUAN BAUTISTA, individually and on behalf of all others similarly-situated,<br><br>Plaintiffs,<br><br>v.<br><br>VIVINT SOLAR, INC., VIVINT SOLAR HOLDINGS, INC., VIVINT SOLAR DEVELOPER, LLC, and VIVINT SOLAR PROVIDER, LLC, DOES 1 through 50, inclusive,<br><br>Defendants. | **Case No. 3:19-CV-07918-WHA**<br><br>**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANTS; [~~PROPOSED~~] ORDER** |

PLEASE TAKE NOTICE that Defendants Vivint Solar, Inc., Vivint Solar Holdings, Inc., Vivint Solar Developer, LLC, and Vivint Solar Provider, LLC have retained The Norton Law Firm PC to substitute as counsel for Simpson Thacher & Bartlett in the above-captioned matter.

Withdrawing counsel for Defendants Vivint Solar, Inc., Vivint Solar Holdings, Inc., Vivint Solar Developer, LLC, and Vivint Solar Provider, LLC are:

> Chet Kronenberg
> Simpson Thacher & Bartlett LLP
> 1999 Avenue of the Stars, 29th Floor
> Los Angeles, CA 90067
> ckronenberg@stblaw.com
> Tel. (310) 407-7500
> Fax (310)-407-7502

All pleadings, orders, notices, and other filings should now be served upon the following substituted counsel for Defendants Vivint Solar, Inc., Vivint Solar Holdings, Inc., Vivint Solar Developer, LLC, and Vivint Solar Provider, LLC:

> Fred Norton
> THE NORTON LAW FIRM PC
> 299 Third Street, Suite 106
> Oakland, CA 94607
> Telephone: (510) 906-4901
> fnorton@nortonlaw.com
>
> Bree Hann
> THE NORTON LAW FIRM PC
> 299 Third Street, Suite 106
> Oakland, CA 94607
> Telephone: (510) 906-4902
> bhann@nortonlaw.com
>
> George Harris
> THE NORTON LAW FIRM PC
> 299 Third Street, Suite 106
> Oakland, CA 94607
> Telephone: (510)-906-4903
> gharris@nortonlaw.com

1  The undersigned parties consent to the above withdrawal and substitution of counsel:

2  Dated: Nov. 20, 2020                    Vivint Solar, Inc., Vivint Solar Holdings, Inc., Vivint Solar
3                                          Developer, LLC, and Vivint Solar Provider, LLC

4                                          BY:   /s/Jeffrey R. Makin
                                                  Jeffrey R. Makin
5

6  Dated: Nov. 20, 2020                    SIMPSON THACHER & BARTLETT

7                                          BY:   /s/Chet Kronenberg
8                                                 Chet Kronenberg

9
10 Dated: Nov. 20, 2020                    BY:   /s/Bree Hann
                                                  Bree Hann
11

12 I hereby attest that I obtained concurrence in the filing of this document from each of the other
13 signatories on this e-filed document.

14
15 Dated: Nov. 20, 2020                    BY:   /s/Bree Hann
                                                  Bree Hann
16

17 The withdrawal and substitution of counsel proposed in this notice is approved and so
18 **ORDERED**.

19 DATED:  November 23, 2020.             _____
20                                         JUDGE OF THE UNITED STATES
                                           DISTRICT COURT

21

22

23

24

25

26

27

28

CASE NO. 3:19-CV-07918-WHA                            NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL