UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JAN 25 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| GERRIE DEKKER; KAREN BARAJAS, as executor of the Estate of Thompson Bryson; MARLENE ROGERS; DANIEL THOMPSON; JAE CHONG; MARCI HULSEY; CINDY PIINI; PHYLLIS RUNYON; GENNIE HILLIARD; JUAN BAUTISTA, Individually and on behalf of all others similarly-situated, <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> VIVINT SOLAR, INC.; VIVINT SOLAR HOLDINGS, INC.; VIVINT SOLAR DEVELOPER, LLC; VIVINT SOLAR PROVIDER, LLC, <br><br> Defendants-Appellants. | No.   20-15572 <br><br> D.C. No. 3:19-cv-07918-WHA Northern District of California, San Francisco <br><br> ORDER |

Before:  RAWLINSON and BUMATAY, Circuit Judges, and EATON,* Judge.

We dismiss this case for lack of jurisdiction. Oral argument scheduled for February 2, 2021 is vacated. We remand to the district court for it to determine if Plaintiffs should be granted leave to amend the complaint.

---

\*   The Honorable Richard K. Eaton, Judge for the United States Court of International Trade, sitting by designation.