UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

APR 2 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| GERRIE DEKKER; et al.,<br><br>    Plaintiffs-Appellees,<br><br> v.<br><br>VIVINT SOLAR, INC.; et al.,<br><br>    Defendants-Appellants. | No.   20-15572<br><br>D.C. No. 3:19-cv-07918-WHA<br>Northern District of California,<br>San Francisco<br><br>ORDER |

Before: RAWLINSON and BUMATAY, Circuit Judges, and EATON,[*] International Trade Judge.

Appellants' request to reinstate this appeal (Docket Entry No. 55) is denied. This denial is without prejudice to the timely filing of a new notice of appeal from any final or appealable order that the district court enters in this action.

---

[*] The Honorable Richard K. Eaton, International Trade Judge for the United States Court of International Trade, sitting by designation.