UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERRIE DEKKER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> VIVINT SOLAR, INC., et al., <br><br> Defendants. | No. C 19-07918 WHA <br><br> **ORDER RE MOTION TO SEAL** |

This order addresses the motion to seal filed in conjunction with plaintiff's rely in support of her Rule 36(b) motion to amend her admissions (Dkt. No. 267). Plaintiff lodged those exhibits conditionally under seal, and defendants filed a declaration in support of sealing some of that material (Dkt. No. 269).

There is a strong public policy in favor of openness in our court system and the public is entitled to know to whom we are providing relief (or not). *See Kamakana v. City & Cty. Of Honolulu*, 447 F.3d 1172, 1178–80 (9th Cir. 2006). Consequently, access to motions and their attachments that are "more than tangentially related to the merits of a case" may be sealed only upon a showing of "compelling reasons" for sealing. *Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1101–02 (9th Cir. 2016). Filings that are only tangentially related to the merits may be sealed upon a lesser showing of "good cause." *Id.* at 1097. The compelling reasons standard applies to most judicial records. Evidentiary motions such as motions *in*

*limine* and *Daubert* motions can be strongly correlative to the merits of a case. *Id.* at 1098–1100.

This order rules as follow:

| Dkt. No. | Document to be sealed | Result | Reasoning |
|---|---|---|---|
| 267-8 | Exhibit E, Expert Report of Bruce McFarlane | **GRANTED**. | Vivint seeks to seal: ¶49 and fn. 32; ¶64; ¶87 and fn. 50; ¶¶126-132 and fn. 74; Figures 13 and 14; and Figure 15 (column [b] only). Upon review, this order finds the proposed redactions narrowly tailored and address specific, sensitive information originating from a third-party appraisal of Vivint's solar panel installations. This order further finds that disclosure of this information may injure Vivint's competitive standing (Chang Decl.). The request is **GRANTED** as to the requested portions. |
| 267-9 | Exhibit F, Reply Report of Leland Price | **GRANTED**. | *See entry for Dkt. No. 267-8.* The request is **GRANTED** as to the requested portions: ¶21; ¶¶29-30. |
| 267-10 | Exhibit G, Excerpt of Deposition Testimony of Bruce McFarlane | **GRANTED**. | *See entry for Dkt. No. 267-8.* The request is **GRANTED** as to the requested portions: 25:1-178:16. |

The parties shall refile all relevant documents in full compliance with this order by no later than **FOURTEEN DAYS** from the date of this order.

**IT IS SO ORDERED.**

Dated: July 25, 2022.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2