UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GERRIE DEKKER, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>        v.<br><br>VIVINT SOLAR, INC., VIVINT SOLAR HOLDINGS, INC., VIVINT SOLAR DEVELOPER, LLC, and VIVINT SOLAR PROVIDER, LLC, DOES 1 through 50, inclusive,<br><br>        Defendants. | **Case No. 3:19-CV-07918-WHA**<br><br><br>**[PROPOSED] ORDER** |

This Court, having considered the Parties Joint Administrative Motion Pursuant to Civil Local Rule 7-11, finds that the Parties have shown good cause to modify the scheduling order in this case and ORDERS that the case schedule shall be modified as follows:

| Event | Current Date | Amended Date |
|---|---|---|
| Deadline for Vivint Solar to submit additional expert report (Dkt. 275) | August 10, 2022 | Vacated |
| Pretrial Conference (Dkt. 275) | September 21, 2022 | Vacated |
| Start of Trial | September 26, 2022 | Vacated |
| Deadline to file motion for preliminary approval of class settlement | -- | [to be set by the Court] 8/25/2022 |
| Hearing on motion for preliminary approval of class settlement | -- | [to be set by the Court] 9/8/2022 at 8AM |

**IT IS SO ORDERED.**

Dated: July 25, 2022

Hon. William Alsup
UNITED STATES DISTRICT JUDGE