1  Matthew J. Matern (SBN 159798)
   Joshua D. Boxer (SBN 226712)
2  **MATERN LAW GROUP, PC**
   1230 Rosecrans Avenue, Suite 200
3  Manhattan Beach, California 90266
   Telephone: (310) 531-1900
4  Facsimile: (310) 531-1901
   mmatern@maternlawgroup.com
5  jboxer@maternlawgroup.com

6  Corey B. Bennett (SBN 267816)
   **MATERN LAW GROUP, PC**
7  1330 Broadway, Suite 428
   Oakland, California 94612
8  Telephone: (510) 227-3998
   Facsimile: (310) 531-1901
9  cbennett@maternlawgroup.com

10 *Attorneys for Plaintiffs, individually, and
   on behalf of all others similarly situated*

Fred Norton (CA SBN 224725)
fnorton@nortonlaw.com
Bree Hann (CA SBN 215695)
bhann@nortonlaw.com
George C. Harris (CA SBN 111074)
gharris@nortonlaw.com
Esther Chang (CA SBN 258024)
echang@nortonlaw.com
**THE NORTON LAW FIRM PC**
299 Third Street, Suite 200
Oakland, CA 94607
Telephone: (510) 906-4900
Attorneys for Defendants

VIVINT SOLAR, INC., VIVINT SOLAR
HOLDINGS, INC., VIVINT SOLAR
DEVELOPER, LLC, AND
VIVINT SOLAR PROVIDER, LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERRIE DEKKER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VIVINT SOLAR, INC., VIVINT SOLAR HOLDINGS, INC., VIVINT SOLAR DEVELOPER, LLC, and VIVINT SOLAR PROVIDER, LLC, DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 3:19-cv-07918-WHA<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO AMEND DEADLINES FOR PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL**<br><br>Complaint Filed: December 3, 2019<br>Trial Date:        August 22, 2022 |

**JOINT STIPULATION**

Plaintiff Gerrie Dekker, individually and on behalf of all others similarly situated, ("Plaintiff") and Defendants Vivint Solar, Inc., Vivint Solar Holdings, Inc., Vivint Solar Developer, LLC, and Vivint Solar Provider, LLC (collectively, "Defendants") hereby stipulate and agree as follows:

WHEREAS, pursuant to the Court's Order dated July 25, 2022 (Dkt. 278), the last date to file a motion for preliminary approval is August 25, 2022, with the hearing on September 8, 2022.

WHEREAS, the parties have reached an agreement on nearly all of the terms of their settlement agreement, but require additional time, including input from the Court, prior to finalizing the long-form settlement agreement;

WHEREAS, the parties intend to reach out to the Court to convene a brief conference to discuss one remaining issue;

WHEREAS, the parties have agreed to extend the deadline to file a motion for preliminary approval two weeks to September 8, 2022; and

WHEREAS, the change in the schedule will not affect other case deadlines as the trial and related events have been vacated;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the respective parties hereto, through their undersigned counsel of record, to the following schedule for the filing of the motion for preliminary approval:

| Scheduled Event | Current Deadline | Modified Deadline |
|---|---|---|
| Deadline to file motion for preliminary approval of class settlement | August 25, 2022 | September 8, 2022 |
| Hearing on motion for preliminary approval of class settlement | September 8, 2022 | September 29, 2022 [to be set by Court] |

**IT IS SO STIPULATED.**

\\

Dated: August 19, 2022          **MATERN LAW GROUP, PC**

By   */s/ Corey B. Bennett*

   Matthew J. Matern
   Joshua D Boxer
   Corey Bennett

   Attorneys for Plaintiff

Dated: August 19, 2022          **THE NORTON LAW FIRM PC**

By   */s/ Fred Norton*

   Fred Norton
   Bree Hann
   George C. Harris
   Esther Chang

   Attorneys for Defendants

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:   August 19, 2022

_____
WILLIAM ALSUP
United States District Judge