**MATERN LAW GROUP, PC**
Matthew J. Matern (SBN 159798)
Email: mmatern@maternlawgroup.com
Joshua D. Boxer (SBN 280126)
Email: jboxer@maternlawgroup.com
1230 Rosecrans Avenue, Suite 200
Manhattan Beach, California 90266
Telephone: (310) 531-1900
Facsimile: (310) 531-1901

**MATERN LAW GROUP, PC**
Corey B. Bennett (SBN 267816)
Email: cbennett@maternlawgroup.com
Kiran Prasad (SBN 255348)
Email: kprasad@maternlawgroup.com
1330 Broadway, Suite 436
Oakland, California 94612
Telephone: (510) 227-3998
Facsimile: (310) 531-1901

*Class Counsel and Attorneys for
Plaintiff GERRIE DEKKER*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GERRIE DEKKER, individually and on behalf of all others similarly-situated,<br><br>Plaintiff,<br>vs.<br><br>VIVINT SOLAR, INC., VIVINT SOLAR HOLDINGS, INC., VIVINT SOLAR DEVELOPER, LLC, and VIVINT SOLAR PROVIDER, LLC, DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 3:19-cv-07918<br><br>**DECLARATION OF GERRIE DEKKER IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date: September 29, 2022<br>Time: 8:00 a.m.<br>Courtroom: 12<br>Judge: The Hon. William H. Alsup |

-1-

# **DECLARATION OF GERRIE DEKKER**

I, GERRIE DEKKER, declare as follows:

1. I am a named plaintiff and class representative in this action against Defendants Vivint Solar, Inc., Vivint Solar Holdings. Inc., Vivint Solar Developer, LLC, and Vivint Solar Provider, LLC (collectively, "Defendants").

2. This declaration is submitted in support of Plaintiff's Motion for Preliminary Approval of Class Action Settlement. I have firsthand, personal knowledge of the facts set forth in this declaration, except as to those matters stated on information and belief. If called as a witness, I could and would testify competently to the facts stated below.

3. I am a member of the certified class in this action and covered by the Joint Stipulation of Class Action Settlement and Release of Claims in that I am a California resident who signed a contract with Defendants for solar panels, and specifically Version 1 of the Vivant Solar Residential Solar Power Purchase Agreement ("PPA") in 2012.

4. Since I retained Matern Law Group, PC in August of 2018, I have actively participated in and assisted Matern Law Group, PC with the prosecution of this case. My participation includes the following: (a) undergoing a lengthy intake process; (b) searching for and providing relevant documents to Class Counsel; (c) spending hours reviewing my bills from Defendants; (d) preparing for and attending a full-day deposition; (e) assisting Class Counsel with discovery; (f) reviewing my declaration in opposition to Defendants' motion to dismiss; (g) conferring numerous times with my Class Counsel; (h) maintaining regular contact with Class Counsel throughout the litigation to keep up to date on developments in the case; (i) reviewing documents from Class Counsel; (j) making myself available to Class Counsel, including during both settlement conferences; (k) discussing settlement negotiations with Class Counsel; (l) reviewing and discussing the settlement documents with Class Counsel; and (m) reviewing and discussing this

///
///
///
///

declaration with Class Counsel. I estimate that as of the current date, I have devoted approximately 60 hours of my time to this case.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on September 8, 2022 at Antioch, California.

*Gerrie Dekker*
Gerrie Dekker (Sep 8, 2022 14:21 PDT)
_____
Gerrie Dekker