**MATERN LAW GROUP, PC**
Matthew J. Matern (SBN 159798)
Email: mmatern@maternlawgroup.com
Joshua D. Boxer (SBN 280126)
Email: jboxer@maternlawgroup.com
1230 Rosecrans Avenue, Suite 200
Manhattan Beach, California 90266
Telephone: (310) 531-1900
Facsimile: (310) 531-1901

**MATERN LAW GROUP, PC**
Corey B. Bennett (SBN 267816)
Email: cbennett@maternlawgroup.com
Kiran Prasad (SBN 255348)
Email: kprasad@maternlawgroup.com
1330 Broadway, Suite 436
Oakland, California 94612
Telephone: (510) 227-3998
Facsimile: (310) 531-1901

*Class Counsel and Attorneys for*
*Plaintiff GERRIE DEKKER*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERRIE DEKKER, individually and on behalf of all others similarly-situated,<br><br>Plaintiff,<br><br>vs.<br><br>VIVINT SOLAR, INC., VIVINT SOLAR HOLDINGS, INC., VIVINT SOLAR DEVELOPER, LLC, and VIVINT SOLAR PROVIDER, LLC, DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 3:19-cv-07918<br>*The Honorable William H. Alsup*<br><br>**DECLARATION OF JODEY LAWRENCE REGARDING PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date: September 29, 2022<br>Time: 8:00 a.m.<br>Courtroom: 12 |

# DECLARATION OF JODEY LAWRENCE

I, **JODEY LAWRENCE**, declare as follows:

1. I have personal knowledge of the facts set forth herein and if called upon to testify, I could and would do so competently.

2. This declaration is provided in support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement.

3. I am employed by Phoenix Settlement Administrators ("Phoenix") as President of Business Development. I personally have over twelve years of experience in claims management and administration of class and collective action matters.

4. This declaration addresses ¶2b of the Northern District's Procedural Guidance for Class Action Settlements and specifically Phoenix's procedures for securely handling class member data etc.

5. The data provided to Phoenix for purposes of notice, settlement, or award administration will be used solely for settlement implementation and for no other purpose.

6. Phoenix maintains the highest level of confidentiality of class member data. The class data and all forms of communication received by Phoenix, will be held in strict confidentiality and will not be disclosed. Data provided to the administrator for purposes of notice, settlement, or award administration will be used solely for settlement implementation and for no other purpose. Phoenix will set up a login for Defense Counsel to transmit the class data through our encrypted secure portal. Phoenix's processes adhere to the Settlement Administration Data Protection Checklist in the Northern District of California and are summarized in the tables below. The items listed as "In process" are at various stages of implementation and are actively being worked on by Phoenix. Once the appropriate steps are completed, these programs and procedures will be formally implemented.

### 7. **Technical Controls**

| | |
|---|---|
| Firewalls and intrusion detection/prevention systems | Yes |
| Endpoint Detection and Response (EDR) Systems | Yes |
| Complex Password Requirements | Yes |
| Multi-factor Authentication for Access to Systems and Data | Yes |
| Malware Protection and Anti-virus | Yes |
| Vulnerability Scanning/Pen Testing | In process |
| Data Encryption | Yes |
| Key Management for access to encrypted Data | Yes |
| Access only provided on need-to-know basis | Yes |

### 8. **Administrative Policies**

| | |
|---|---|
| Personnel and support staff risk assessment and management, including pre-hire background checks and screening processes | Yes |
| Personnel and support staff required to enter into non-disclosure and confidentiality agreements | In Process |
| Access controls to systems and data, including guidance for granting, modifying, and reviewing access rights | In Process |
| Information security and privacy policy training, including policy review, best practices, and data security | Yes |
| No remote access to systems for Employees | No |
| Exit interviews/confirmation that terminated/departed employees are immediately cut off from access | Yes |
| Robust audits of data privacy policies by third-party vendors | In Process |

| Accreditation in accordance with ISO 27001 and SOC2 (among the industry standards listed below) | In Process |
|---|---|
| Disclosure of external certifications and any notice of expiration | Yes |

### 9. Crisis and Risk Management

| Incident response/disaster plan for immediate response to security incidents such as data breach. | Yes |
|---|---|
| Process and timing for notification to attorneys, claimants, and other stakeholders of a data breach and consideration of resources and/or remedies to provide thereto | Yes |
| Vendor management program that determines and defines requirements to manage risk associated with outsourcing | In process |

### 10. Physical Access Controls

| Physical Access Security | Logs and "codes" |
|---|---|
| Security Guards | No cards – just codes |
| Access Cards to facilities with assignment of identification card subject to approval and review | No security guards |
| Logs of Access | Logs are done |
| Alarm Systems | Yes |
| CCTV recording Systems | Yes |

### 11. Data Collection and Retention

| Minimization of collection of personally identifiable information, e.g., social security numbers and banking information | Yes |
|---|---|
| Data collection only required to extent necessary for settlement administration | Yes |
| Various methods for ensuring data protection and security of Data | Yes |

-4-

| classification (including implementation of appropriate safeguards to protect from theft, loss, and/or unauthorized disclosure, use, access, destruction) Compliance with applicable laws and regulations (see below) Secure data transfer | |

### 12. **Data Destruction**

| | |
|---|---|
| Preservation of data only for so long as required for administration of the settlement and any relevant reporting required following the payments or distributions | In Process |
| Secure data destruction (e.g., 6 months – 1 year or when no longer required) | In Process |
| Physical media (e.g., paper, CDs) shredded or destroyed to point where they cannot be reconstructed | Yes |
| Destruction of all derivative copies and/or back-ups | Yes |

### 13. **Applicable Laws, Standards, and Other Regulation**

| | |
|---|---|
| Industry standards: National Institute of Standards and Technology (NIST), HIPAA, FISMA, System and Organization Controls (SOC1 and SOC2) or more advanced assessment, ISO 27001 | Yes |
| Local, national, international privacy regulations (including CCPA) | Yes |

### 14. **Ethical Rules**

| | |
|---|---|
| Administrative policies and/or employee handbook incorporating commitment to ethical rules (e.g., company, court ethical rules) setting forth standards of ethical and legal behavior | Yes |

| Enforcement clauses, violation resulting in disciplinary action including and up to termination of employment | In process |
|---|---|

15. **Customer Service Measures**

| Description of settlement website and posting thereto of relevant privacy policies or statements (including portal for reporting suspected loss of confidential data submitted with claim) | Yes |
|---|---|
| Explanation of role of claims administrator and how to prevent phishing (e.g., clear indication that administrator will not request confidential information by e-mail and how to identify a valid e-mail sent from the administrator) | Yes |

16. Phoenix maintains errors and omissions insurance sufficient to cover the settlement amount in this matter and accepts responsibility for any errors and omissions committed by Phoenix in the settlement administrative process.

17. Phoenix's anticipated costs for administering the settlement in this case are $7,000.00.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on September 6, 2022 at Orange, California.

_____
JODEY LAWRENCE