UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERRIE DEKKER, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>VIVINT SOLAR, INC., VIVINT SOLAR HOLDINGS, INC., VIVINT SOLAR DEVELOPER, LLC, and VIVINT SOLAR PROVIDER, LLC,<br><br>　　　　Defendants. | No.  C 19-07918 WHA<br><br>**JUDGMENT** |

For the reasons stated in the accompanying order granting final approval of the class settlement (Dkt. No. 304), final judgment is hereby entered in accordance with the settlement agreement (Dkt. No. 292-1).  The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated:  August 23, 2023.

　　　　　　　　　　　　　　　　　　　　　　　／s／ William Alsup
　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE